## COCHRAN *v.* THOMASON.

*Simmons, C. J.*—There was no legal assignment of the error alleged to have been committed in admitting testimony; and the evidence warranted the verdict.          *Judgment affirmed.*

November 16, 1896.  Argued at the last term.

Garnishment.  Before Judge Hart.  Morgan superior court.  September term, 1895.

*Foster & Butler*, for plaintiff.
*George & George*, contra.